ACCEPTED
05-15-00501-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/18/2015 2:47:37 PM
LISA MATZ
CLERK



# TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

8/18/2015 2:47:37 PM

LISA MATZ
Clerk

**COMMISSIONER**
John J. Specia, Jr.

August 18, 2015

Lisa Matz, Clerk
Fifth Court of Appeals
600 Commerce Street, Suite 200
Dallas, TX 75202

Re:     Cause No. 05-15-00501-CV
        *In the Interest of A.H.J., A.H. and A.H., children*

Dear Ms. Matz:

Pursuant to my telephone conversation with your office this afternoon with regard to oral argument scheduled for the above case, I am e-filing this letter notice that Mr. Mark T. Zuniga will be present for oral argument set on September 2, 2015 at 10.00 a.m. If you should require additional information, please contact me at (512) 929-6819.

.

Sincerely,

/s/ Martha Garcia
Martha Garcia, Legal Assistant

MARTHA.GARCIA2@DFPS.STATE.TX.US
2401 RIDGEPOINT DRIVE, BLDG. H-2
MC: Y-956
AUSTIN TX 78754
TEL. (512) 929-6819 ♦ FAX (512) 339-5876